Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER V. CARIASO, ET AL.,<br><br>Defendants. | CASE NO. 3:12-cv-02706-SI<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CHRISTOPHER V. CARIASO, individually d/b/a FIGHT AND FITNESS and FIGHT AND FITNESS, INC., an unknown business entity d/b/a FIGHT AND FITNESS |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants CHRISTOPHER V. CARIASO, individually and d/b/a FIGHT AND FITNESS and FIGHT AND FITNESS, INC., an unknown business entity d/b/a FIGHT AND FITNESS, that the above-entitled action is hereby dismissed without prejudice against CHRISTOPHER V. CARIASO, individually and d/b/a FIGHT AND FITNESS and FIGHT AND FITNESS, INC., an unknown business entity d/b/a FIGHT AND FITNESS, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by February 8, 2013 the dismissal shall be deemed to be with prejudice.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above shall bear its own attorneys' fees and costs.

Dated: January 8, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated:

CHRISTOPHER V. CARIASO
Individually and as an Authorized Representative of Fight and Fitness Inc., d/b/a Fight and Fitness
Defendant, *Pro Se*

IT IS SO ORDERED:

Dated: 2/5/13

The Honorable Susan Illston
United States District Court
Northern District of California

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 8, 2013, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CHRISTOPHER V. CARIASO, individually d/b/a FIGHT AND FITNESS and FIGHT AND FITNESS, INC., an unknown business entity d/b/a FIGHT AND FITNESS**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Christopher V. Cariaso         (Defendant)
7640 E. Hampton Pl.
Tucson, AZ 85715

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 8, 2013 at South Pasadena, California.

Dated: January 8, 2013

_____
MARIA BAIRD

STIPULATION OF DISMISSAL
Case No. 3:12-cv-02706-SI
PAGE 3